ACCEPTED
01-15-00478-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 12:22:43 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00478-CV

In the First District Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 12:22:43 PM
CHRISTOPHER A. PRINE
Clerk

_____

## AMERICAN ZURICH INSURANCE COMPANY,

### *Appellant,*

### v.

## DANIEL SAMUDIO,

### *Appellee.*

_____

ON APPEAL FROM THE 127TH DISTRICT COURT
HARRIS COUNTY, TEXAS

_____

## APPELLEE'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellee Keith Morris, as the administrator of the Estate of Daniel Samudio ("Samudio"), files this unopposed second motion for extension of time requesting an additional twenty-eight (28) days to file his Brief of Appellee.

**1.**

Samudio's Brief of Appellee is currently due on November 25, 2015.

**2.**

Under Rule 38.6 of the Texas Rules of Appellate Procedure, Samudio requests a 30-day extension until Wednesday, December 23, 2015, to file his brief.

**3.**

This extension is necessary because of counsel's obligations to other clients. Samudio's appellate counsel, Byron Keeling, has the following conflicts that require the requested extension:

a.  *Flatrolled Steel, Inc. v. Nolan Richardson et al.,* Cause No. 2014-26092, in the 11th Judicial District Court of Harris County, Texas.  Mr. Keeling is trial counsel for Defendants, whose Plea to the Jurisdiction was filed on November 9, 2015, and is set for hearing on November 23, 2015.

b.  *Dylan Daniels v. Katy Martial Arts & Fitness, LLC et al.*, Cause No. 10-DCV-179834, in the 240th Judicial District Court of Fort Bend County, Texas.  Mr. Keeling is appellate counsel for Defendant E-Lam Properties, LLC, and is preparing for the hearing on Defendant's motion for trial, which is set for December 7, 2015.

Additionally, Mr. Keeling is corporate counsel for two companies that are in the midst of significant negotiations and due diligence for a large confidential asset purchase transaction which is expected to close on November 30, 2015.

**4.**

Samudio requests this extension due to unavoidable conflicts and so that justice may be done, not for the purpose of delay.  This request for extension is unopposed.

**5.**

Samudio has previously requested one other extension of time for the filing of his Brief of Appellee.

For these reasons, Appellee Keith Morris, as the administrator of the Estate of Daniel Samudio, respectfully requests that the Court grant an extension of time until and including December 23, 2015, for the filing of his Brief of Appellee and award him all such other and further relief to which he may be justly entitled.

Respectfully submitted,

KEELING & DOWNES, P.C.

/S/ Byron C. Keeling

By:_____

    Byron C. Keeling
    State Bar No. 11157980
    bck@keelingdownes.com
    Anna E. Williams
    State Bar No. 24088638
    aew@keelingdownes.com
    1500 McGowen, Suite 220
    Houston, Texas 77004
    Telephone: (832) 214-9900
    Facsimile:  (832) 214-9908

DOYLE LLP
    Michael P. Doyle
    State Bar No. 06095650
    mdoyle@doylelawfirm.com
    Patrick M. Dennis
    State Bar No. 24045777
    pdennis@doylelawfirm.com
    2402 Dunlavy Street, Suite 200
    Houston, Texas 77006
    Telephone:  (713) 571-1146
    Facsimile:  (713) 571-1148

COUNSEL FOR APPELLEE
DANIEL SAMUDIO

## CERTIFICATE OF CONFERENCE

I certify that on November 11, 2015, I conferred by email with Robert D. Stokes, counsel for Appellant.  Mr. Stokes confirmed that Appellant is not opposed to the relief requested in this motion.

/S/ Anna E. Williams

_____

Anna E. Williams

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2015, the foregoing document was forwarded to the following via electronic service:

Mr. Robert D. Stokes
Mr. Gregory D. Solcher
Mr. David Owen Cluck
Flahive, Ogden & Latson
P.O. Box 201329
Austin, Texas 78720
Telephone:  (512) 435-2150
Facsimile:  (512) 241-3305

*Counsel for Appellant*
*American Zurich Insurance Company*

/S/ Byron C. Keeling

_____

Byron C. Keeling